

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
    Judge

April 26, 2023

Nathaniel Jude Maandig Rickard, Esq.
Zachary J. Walker, Esq.
Picard, Kentz & Rowe, LLP
1750 K Street, NW
Washington, DC 20006
Email:    nrickard@pkrllp.com
          zwalker@pkrllp.com

Kara Marie Westercamp, Esq.
Patricia Mary McCarthy, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:    kara.m.westercamp@usdoj.gov
          Patricia.mccarthy@usdoj.gov

Christopher Berridge, Esq.
Jennifer L. Petelle, Esq.
Joseph Francis Clark, Esq.
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Suite 4.4B
Washington, DC 20229
Email:    christopher.a.berridge@cbp.dhs.gov
          jennifer.l.petelle@cbp.dhs.gov
          joseph.f.clark@cbp.dhs.gov

Donald Bertrand Cameron, Esq.
Brady Warfield Mills, Esq.

Edward John Thomas, III, Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Esq.
Julie Clark Mendoza, Esq.
Mary Shannon Hodgins, Esq.
Rudi Will Planert, Esq.
Morris, Manning & Martin, LLP
1401 Eye Street, NW
Suite 600
Washington, DC 20005-2204
Email:   dcameron@mmmlaw.com
         bmills@mmmlaw.com
         ethomas@mmmlaw.com
         edegnan@mmmlaw.com
         jfleischer@mmmlaw.com
         jmendoza@mmmlaw.com
         mhodgins@mmmlaw.com
         wplanert@mmmlaw.com

Re:   *Ad Hoc Shrimp Trade Enforcement Committee v. United States*
      Court No. 21-00129

Dear Counsel:

    It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Thursday, May 4, 2023. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Wednesday, May 3, 2023 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge